THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Joyce Ann Rogers, now known as Joyce Ann Moore,
Appellant,
v.
James M. Rogers and Kim Besley, Defendants, of whom James M. Rogers is,
Respondent.
 
 
 

Appeal from Greenville County
 Aphrodite K. Konduros, Family Court Judge

Unpublished Opinion No. 2006-UP-114
Submitted February 1, 2006  Filed February 21, 2006   

AFFIRMED

 
 
 
William Douglas Richardson, of Easley, for Appellant.
James M. Rogers, Pro Se, of Honea Path, for Respondent.
 
 
 

PER CURIAM:    Joyce Ann Rogers, now Joyce Ann Moore, appeals from the family courts order failing to find James Rogers in contempt.  We affirm[1] pursuant to Rule 220(b)(2), SCACR and the following authorities:    Cheap-Os Truck Stop, Inc. v. Cloyd, 350 S.C. 596, 607, 597 S.E.2d 514, 519 (Ct. App. 2002) (finding a determination of contempt lies within the sound discretion of the family court.); Haselwood v. Sullivan, 293 S.C. 29, 32-33, 320 S.E.2d 499, 501 (Ct. App. 1984) (A determination of contempt is a serious matter and should be imposed sparingly; whether it is not imposed is with the discretion of the trial judge, which will not be disturbed on appeal unless it is without evidentiary support.); Halbersberg v. Berry, 302 S.C. 97, 105, 394 S.E.2d 7, 11 (Ct. App. 1990) ([T]he trial court, not this court, weighs conflicting evidence.). 
 AFFIRMED.
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.   

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.